

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Martelle McDonald
District Attorney
Big Spring, Texas

Dear Sir:

Opinion No. O-4635
Re: Refund of moneys to county received by commissioners under unconstitutional act.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"Under date of March 21, 1942, I requested an opinion from your department with respect to the above act of the 47th Legislature, and thereafter I was advised that such law was unconstitutional. I have so advised the members of the Commissioners Court of Martin County.

"After receipt of your opinion this question arises, namely that the money previously drawn under the provisions of this act by the commissioners must or must not be paid back to the county. I have advised the members that have drawn this money that since the law is unconstitutional they must pay the money back. They say that before they pay they must have an opinion from your department bearing upon the question raised.

"Will you please advise me about this matter."

Opinion No. O-4162 of this department, addressed to you, dated April 1, 1942, held House Bill 744 of the 47th Legislature unconstitutional. This act was a local act providing $50.00 per month traveling expenses for the county judge and county commissioners. One section of the act applied to Martin County, Texas, alone.

Honorable Martelle McDonald, Page 2

Under the authorities cited and upon the reasoning of opinions Nos. O-3551 and O-4431 of this department, copies of which are enclosed herewith for your information, it is our opinion that the members of the commissioners' court of Martin County who had received moneys from Martin County under the above described unconstitutional act would be liable for a refund of all such moneys received by them from the date they were advised of its unconstitutionality by either the county attorney, district attorney or Attorney General of Texas.

Very truly yours

ATTORNEY GENERAL OF TEXAS

by Wm. J. Fanning

Wm. J. Fanning
Assistant

WJF:GC

Gerald C. Mann


APPROVED
OPINION
COMMITTEE
BY ___
CHAIRMAN